UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARGARET RUDIN,

    Plaintiff(s),

v.

FBI, et al.,

    Defendant(s).

Case No.: 2:20-cv-00090-GMN-NJK

**ORDER**

Plaintiff initiated this case while in custody through the filing of an application to proceed *in forma pauperis* and a proposed complaint. *See* Docket Nos. 1, 1-1. The Court takes judicial notice of the state's inmate records, which show that Plaintiff has since been paroled. *See, e.g.*, *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-999 (9th Cir. 2010) (courts may take judicial notice of information on government websites). In light of that information, Plaintiff must promptly update her mailing address with the Court. *See* Local Rule IA 3-1. Moreover, Plaintiff must file a supplemental *in forma pauperis* application showing her current financial status now that she has been released from prison. *Cf.* Local Special Rule 1-5 (*in forma papueris* orders may be revoked if the party has become capable of paying the filing fee).[1]

---

[1] Prisoners who initiate lawsuits must make a partial payment and monthly payments thereafter toward the filing fee. 28 U.S.C. § 1915(b). These requirements continue to apply even when a plaintiff is released from prison following her initiation of the lawsuit. *See, e.g.*, *Putzer v. Attal*, 2013 WL 4519351, at *2-3 (D. Nev. Aug. 23, 2013).

In light of the above, the Court hereby **ORDERS** as follows:

- Plaintiff must file a notice of updated address by February 14, 2020.
- The Clerk's Office is instructed to mail Plaintiff the non-prisoner *in forma pauperis* application.
- Plaintiff must file an amended *in forma pauperis* application by February 14, 2020.

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE DISMISSAL OF THIS CASE.**

IT IS SO ORDERED.

Dated: January 17, 2020

_____
Nancy J. Koppe
United States Magistrate Judge